IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONNIE DELAIN PARMER,
    Petitioner,

vs.                                  CASE NO.: 3:09cv536/MCR/MD

WARDEN WHITFIELD,
    Respondent.

## **O R D E R**

        Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). However, petitioner has neither paid the $5.00 filing fee nor applied for leave to proceed *in forma pauperis*. Petitioner's case cannot proceed until he either pays the filing fee or files a complete application for leave to proceed *in forma pauperis*. A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with account attachments (a printout of the transactions in petitioner's inmate trust account for the six-month period immediately preceding the filing of his petition).

        Accordingly, it is ORDERED:

        1. The Clerk shall forward to the petitioner a form application for leave to proceed *in forma pauperis*. This case number shall be written on the form.

        2. Within **twenty-eight (28) days** of the date of this order, petitioner shall either pay the $5.00 filing fee in full, or submit a complete application for leave to proceed *in forma pauperis*. Failure to do so may result in a recommendation that this case be dismissed.

        DONE AND ORDERED this 18th day of December, 2009.

                                                   /s/ *Miles Davis*
                                                   **MILES DAVIS**
                                                   **UNITED STATES MAGISTRATE JUDGE**