IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONNIE DELAIN PARMER,
     Petitioner,

v.                                        3:09cv536/MCR/CJK

KENNETH S. TUCKER,
     Respondent.

_____

O R D E R

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 18, 2012.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered *de novo* the report and recommendation and the record, the court concludes that the report and recommendation should be adopted.

     Accordingly, it is now ORDERED:

     1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.     The petition for writ of habeas corpus (doc. 1), challenging the conviction and sentence in *State of Florida v. Ronnie Delain Parmer* in the Circuit Court for Escambia County, Florida, Case No. 07-3305 is DENIED.

     3.     The clerk is directed to close the file.

4.      A certificate of appealability is DENIED.


DONE AND ORDERED this 31st day of May, 2012.



*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE